UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MANUEL ALADINO SUERO,<br><br>Defendant. | 10-CR-863 (AKH)<br><br><u>ORDER DENYING SENTENCE REDUCTION MOTION</u> |

ALVIN K. HELLERSTEIN, District Judge:

On March 31, 2015, the defendant Manuel Aladino Suero was sentenced principally to a term of imprisonment of 336 months for participating in a murder-for-hire and drug trafficking scheme in which two people were killed. 21 U.S.C. § 848(e); 18 U.S.C. § 1958. The defendant was responsible for financing the hired hitman.

On February 21, 2024, February 26, 2024, and March 1, 2024, defendant filed motions requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. Amendment 821 permits district court judges to decrease the sentence of 1) first-time offenders who meet nine criteria, including, among others, that the defendant did not use or threaten to use violence, and the offense did not result in death or serious bodily injury, and 2) offender who received an enhancement for committing the offense while under a criminal justice sentence. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

The Court has considered the record and the defendant's submission on this motion and agrees with probation's report. Defendant was not a first time-time offender and did not receive

an enhancement for committing the offense while under a criminal justice sentence, making him ineligible for a sentence reduction pursuant to Amendment 821.

It is hereby ORDERED that the defendant is ineligible for this reduction, and this motion is denied. The Clerk is instructed to terminate the open motions at ECF No. 286, 287, 288.

SO ORDERED.

                                                    Alvin K. Hellerstein
                                                  United States District Judge

Dated: May 2, 2024
       New York, New York