IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA  )
     Respondent,  )
                     )
    v.  )  Docket No. 1:10-cr-00863-AKH-11
                     )
MANUEL ALADINO SUERO,  )
     Petitioner,  )

## MOTION TO WITHDRAW MOTION FOR COMPASSIONATE RELEASE
## PURSUANT TO 18 U.S.C. §3582(c)(1)(A)

COMES NOW Manuel Aladino Suero, Petitioner, acting pro se, and respectfully petitions this Honorable Court to withdraw Petitioner's April 10, 2026 Motion For Compassionate Release Pursuant to 18 U.S.C. §3582(c)(1)(A), ECF No. 343.

Respectfully Submitted,

Dated: June 9, 2026

_____
Manuel Aladino Suero, 66150-054
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

SO ORDERED.
The Clerk shall terminate ECF Nos. 343 and 350.

U.S.D.J.

June 4, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the Motion To Withdraw Motion For Compassionate Release Pursuant to 18 U.S.C. §3582(c)(1)(A) to be served via First Class U.S. Mail, utilizing the prison legal mail system at FCI Fort Dix, thus invoking the Prison Mailbox Rule of Houston v. Lack, 487 U.S. 266 (1988), to the following party:

> United States District Court
> Southern District of New York
> Daniel Patrick Moynihan U.S. Courthouse
> 500 Pearl Street, Room 120
> New York, NY 10007-1312

I further certify that service to all registered CM/ECF users including:

> Christopher Brumwell
> Dana R. McCann
> U.S. Attorney's Office
> 26 Federal Plaza
> New York, NY 10278

is accomplished through CM/ECF notification when documents are scanned and entered into the ECF/PACER system.

On this 8th day of June, 2026

> Manuel Suero, 66150-054
> FCI Fort Dix
> PO Box 2000
> Joint Base MDL, NJ 08640